**David E. HILL, Appellant**

v.

**Rudolph CONTRERAS, District Judge, in his official and Individual capacity, et al., Appellees.**

No. 14–5142.

United States Court of Appeals, District of Columbia Circuit.

March 6, 2015.

Rehearing En Banc Denied June 17, 2015.

David E. Hill, United States Penitentiary, Florence, CO, pro se.

Warden, United States Penitentiary, Florence, CO, for Appellant.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

Before: GRIFFITH and KAVANAUGH, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief, supplement, and Rule 28(j) letters filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 21, 2014 be affirmed. The district court did not abuse its discretion, *see Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C.Cir.1996), in denying reconsideration of the dismissal of appellant's complaint.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.